No. 42239.—Protests 419135–G, etc., of Gimbel Bros. Inc. (New York).

Opinion by Tilson, J. In accordance with stipulation of counsel filet lace articles similar to those involved in *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065), Normandy lace articles like those passed upon in *Amrein* v. *United States* (T. D. 49551), and wearing apparel and other articles similar to those the subject of *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396) were held dutiable at 75 percent under paragraph 1430 as claimed.